# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Mary T. Anderson<br>242 Vinson Rd.<br>McIntyre, GA  31054-2010 | **CHAPTER 13**<br><br>**Case Number:** 12-50919-AEC<br><br>**ATTORNEY:**  ARTHUR L. WALKER & ASSOCIATES LLC |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $339.62 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
WELDON SPRING, MO 63304


**DATED:** January 28, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**